UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEWIS,

     Plaintiff,

v.                                           Case No. 3:14cv383/MCR/CJK

FLORIDA DEPARTMENT
OF CORRECTIONS, *et al.*,

     Defendant.
_____/

## REPORT AND RECOMMENDATON

On September 23, 2014, the undersigned entered an order denying plaintiff's motion to proceed *in forma pauperis* and advising plaintiff that he would be required to file an amended complaint due to defects in his original complaint (doc. 6). The undersigned allowed plaintiff thirty days in which to pay the filing fee and file his amended complaint. Plaintiff failed to comply with the undersigned's order. The undersigned thus entered another order directing plaintiff to show cause within fourteen days why the case should not be dismissed for failure to comply with an order of the court. Plaintiff requested an extension of time within which to respond to the show cause order (doc. 14). The undersigned granted plaintiff's motion and allowed plaintiff until November 30, 2014 in which to respond (doc. 16). Plaintiff

responded timely, essentially objecting again to the undersigned's September 23, 2014, order (doc. 18).  Plaintiff did not file an amended complaint.  On April 6, 2015, the undersigned entered another order allowing plaintiff fourteen (14) days in which to file an amended complaint consistent with the undersigned's September 23, 2014 order (doc. 24).  The undersigned advised plaintiff that, in the event plaintiff failed to do so, the undersigned would recommend that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court.  Plaintiff did not file an amended complaint within the time allowed.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED for failure to prosecute and/or failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 23rd day of April, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No. 3:14cv383/MCR/CJK