UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEWIS,

    Plaintiff,

v.                               Case No. 3:14cv383/MCR/CJK

FLORIDA DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 23, 2015. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED for failure to prosecute and/or failure to comply with an order of the court.

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 27th day of May, 2015.

                                        *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**