# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JONATHAN LEWIS,

    Plaintiff,

v.                                   CASE NO. 3:14cv383-MCR-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation on August 11, 2020.  ECF No. 48.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 48, is adopted and incorporated by reference in this Order.

2. Plaintiff's Emergency Motion to Reconsider, ECF No. 45, is **DENIED**.

**DONE AND ORDERED** this 9th day of September 2020.

                         *s/ M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **UNITED STATES DISTRICT JUDGE**